IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTIAN MURAGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  4:25-CV-1398-RWS |
| | § | |
| NAVY FEDERAL CREDIT UNION, et al., | § | |
| | § | |
| Defendants. | § | |

# ORDER

On February 4, 2026, the Court set a scheduling conference in this case for March 2026. Docket Nos. 10 (setting conference for March 3, 2026), 14 (resetting conference for March 10, 2026). In the Court's order, it explained that it may enter the parties' proposed Docket Control Order and Discovery Order and cancel the scheduling conference. Docket No. 10 Based on the parties' submissions (Docket Nos. 15–16), the Court finds that a scheduling conference is unnecessary in this case. Accordingly, it is

**ORDERED** that the scheduling conference previously scheduled for March 10, 2026 is **CANCELLED**. It is further

**ORDERED** that Defendant Trans Union LLC's Unopposed Motion for Leave to Appear Remotely at Scheduling Conference (Docket No. 17) is **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 5th day of March, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE