**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN MURAGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-01398-RWS |
| | § | |
| NAVY FEDERAL CREDIT UNION | § | |
| and TRANSUNION, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT TRANS UNION LLC'S
CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES**

COMES NOW, Defendant Trans Union LLC, by and through its undersigned counsel of record, and pursuant to Local Rule CV-26(c), gives notice to the Court that Defendant Trans Union LLC's Rule 26(a)(1) Initial Disclosures were served via Electronic Mail to all counsel of record on March 27, 2026.

Respectfully submitted,

*/s/ Amanda Loughmiller*

Amanda Loughmiller
Texas Bar No. 24028042
aloughmiller@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

1

8616739.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of March 2026, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to the following:

Daniel J. Ciment
daniel@cimentlawfirm.com
Ciment Law Firm, PLLC
4500 Mercantile Plaza Dr., Suite 300
Fort Worth, TX 76137
*Counsel for Plaintiff*

Michael Barrett Hess
michael.hess@akerman.com
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
*Counsel for Navy Federal Credit Union*

*/s/ Amanda Loughmiller*
**AMANDA LOUGHMILLER**

8616739.1

2