**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN MURAGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-01398-RWS |
| | § | |
| NAVY FEDERAL CREDIT UNION | § | |
| and TRANSUNION, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT TRANS UNION LLC'S
CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES**

COMES NOW, Defendant Trans Union LLC, by and through its undersigned counsel of record, and pursuant to Local Rule CV-26(c), gives notice to the Court that Defendant Trans Union LLC's First Set of Interrogatories, First Requests for Production and First Request for Admission were served via Electronic Mail to all counsel of record on April 22, 2026.

Respectfully submitted,

*/s/ Amanda Loughmiller*

Amanda Loughmiller
Texas Bar No. 24028042
aloughmiller@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of April 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Daniel J. Ciment
daniel@cimentlawfirm.com
Ciment Law Firm, PLLC
4500 Mercantile Plaza Dr., Suite 300
Fort Worth, TX 76137
and
Amy Beth Clark-Downing
Ciment Law Firm
221 Bella Katy Dr.
Katy, TX 77494-6821
*Counsel for Plaintiff*

Michael Barrett Hess
michael.hess@akerman.com
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
*Counsel for Navy Federal
Credit Union*

*/s/ Amanda Loughmiller*
**AMANDA LOUGHMILLER**

2

10022190.1