**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN MURAGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-01398-RWS |
| | § | |
| NAVY FEDERAL CREDIT UNION | § | |
| and TRANSUNION, | § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION FOR AGREED PROTECTIVE ORDER**

Defendants Navy Federal Credit Union ("Navy Federal") and Trans Union LLC, incorrectly named as "Transunion" ("Defendants"), and Plaintiff Christian Murage file this their Joint Motion for Agreed Protective Order and show the Court as follows:

**I.**

In this suit, Plaintiff has alleged that Defendants violated the Fair Credit Reporting Act based on Plaintiff's credit reports. The nature of this action necessarily involves personal and confidential information regarding Plaintiff and trade secrets and other confidential policies and procedures from Defendants.

**II.**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Parties agree that good cause has been shown to protect certain documents, testimony, discovery responses, and other materials or information produced in connection with discovery or other disclosure obligations in this cause of action. Such protection is necessary to avoid revealing personal information, trade secrets, other confidential research, development, or commercial information, which the Parties agree, should not be revealed to persons or entities outside of this litigation and, should be revealed only in a permissible way within this litigation.

1

**III.**

The Parties have negotiated the terms of a mutually acceptable Agreed Protective Order. The original Agreed Protective Order has been executed by counsel for the Parties and is being submitted to the Court as the proposed order on this motion.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court enter the Agreed Protective Order.

Dated: July 24, 2026.

**AMY BETH CLARK-DOWNING**
Daniel J Ciment
Daniel@CimentLawFirm.com
Ciment Law Firm, PLLC
400 E. Weatherford St.
Fort Worth, TX 76102
*and*
Amy Beth Clark-Downing
amy@cimentlawfirm.com
Ciment Law Firm
221 Bella Katy Dr.
Katy, TX 77494-6821
*Counsel for Plaintiff*

*/s/ Michael Barrett Hess*
**MICHAEL BARRETT HESS**
michael.hess@akerman.com
Akerman LLP - Dallas
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
*Counsel for Navy Federal Credit Union*

*/s/ Amanda Loughmiller*
**AMANDA LOUGHMILLER**
Texas Bar No. 24028042
aloughmiller@qslwm.com
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax
*Counsel for Trans Union LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel J Ciment
Daniel@CimentLawFirm.com
Ciment Law Firm, PLLC
400 E. Weatherford St.
Fort Worth, TX 76102
*and*
Amy Beth Clark-Downing
amy@cimentlawfirm.com
Ciment Law Firm
221 Bella Katy Dr.
Katy, TX 77494-6821
*Counsel for Plaintiff*

Michael Barrett Hess
michael.hess@akerman.com
Akerman LLP - Dallas
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
*Counsel for Navy Federal Credit Union*

*/s/ Amanda Loughmiller*
**AMANDA LOUGHMILLER**

3