**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN MURAGE,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION and TRANSUNION,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:25-cv-01398-RWS |

**ORDER GRANTING DEFENDANT TRANS UNION LLC'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

This matter is before the Court on Defendant Trans Union LLC ("Trans Union") Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c). The Court, having now considered the pleadings, the submissions, and arguments of the parties, hereby determines that the Motion for Judgment on the Pleadings should be GRANTED.

Accordingly, it is hereby ORDERED that judgment be entered on the pleadings against Plaintiff and in favor of Defendant Trans Union LLC. The Clerk is hereby directed to enter judgment that Plaintiff's claims are hereby dismissed *with* prejudice.