**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN MURAGE, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Case No. 4:25-cv-01398-RWS |
| | § | |
| NAVY FEDERAL CREDIT UNION and TRANSUNION, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT TRANS UNION LLC'S**
**MOTION TO STAY ACTION**

This matter is before the Court on Defendant Trans Union LLC's Motion to Stay Action Pending Ruling on their Motion for Judgment on the Pleadings.

The Court has considered the motion, and it is: ORDERED AND ADJUDGED that the Motion is GRANTED. This case is hereby stayed pending a decision on the Defendant Trans Union LLC's Motion for Judgment on the Pleadings.