**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **CHRISTIAN MURAGE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-01398-RWS** |
| | § | |
| **NAVY FEDERAL CREDIT UNION and TRANS UNION, LLC,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANT NAVY FEDERAL CREDIT UNION'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that Defendant, Navy Federal Credit Union ("Navy Federal"), by and through the undersigned, files this Unopposed Motion for Withdrawal and Substitution of Counsel and in support thereof respectfully shows the Court as follows:

1. Navy Federal is currently represented by Kimberly A. Lopez[1]. As of August 31, 2026, Kimberly Lopez joined the firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson"). Navy Federal therefore requests the Court allow the firm Baker Donelson to be substituted in place of Akerman LLP to represent it in the above-styled and numbered cause.

2. Navy Federal requests that the Court grant the withdrawal of Michael Hess and Asha Wedemier-Allan and that they be removed from the Court's and Plaintiff's service lists.

3. Navy Federal further requests that the Court grant the substitution of Amy E. Parette of the firm Baker Donelson as additional counsel of record.

4. Counsel has conferred with Navy Federal, who consents to representation by Baker Donelson in this matter.

---

[1] An application for admission pro hac vice for Kimberly A. Lopez is forthcoming and will be filed promptly upon completion.

5. Counsel has conferred with counsel for Plaintiff via email on September 15, 2026, who advised that Plaintiff consents to the requested relief.

WHEREFORE, Defendant Navy Federal Credit Union requests that this Court enter an Order allowing Akerman LLP, and its attorneys Michael Hess and Asha Wedemier-Allan, to withdraw as attorney of record and substitute Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., and its attorneys Amy E. Parette and Kimberly A. Lopez (pending pro hac vice admission).

Date: September 17, 2026.

Respectfully submitted,

By: *<u>/s/ Amy E. Parette</u>*

**Kimberly A. Lopez**
Florida Bar No.: 59215
Primary: klopez@bakerdonelson.com
Secondary: swohl@bakerdonelson.com
**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
200 S. Orange Avenue, Suite 2050
Orlando, Florida 32801
Phone: (407) 367-5452
**Amy E. Parette**
Texas Bar No. 24121044
Federal ID No. 3708963
Email: aparette@bakerdonelson.com
**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
1301 McKinney St., Suite 3700
Houston, Texas 77010
Phone: (713) 286-7164
**ATTORNEYS FOR DEFENDANT NAVY FEDERAL CREDIT UNION**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 17, 2026, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served on all counsel of record via the Court's ECF E-Filing System.

*/s/ Amy E. Parette*
Amy E. Parette