**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **CHRISTIAN MURAGE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-01398-RWS** |
| | § | |
| **NAVY FEDERAL CREDIT UNION and TRANS UNION, LLC,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

On this day came to be considered Defendant Navy Federal Credit Union's Unopposed Motion for Withdrawal and Substitution of Counsel. After reviewing the Motion, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that Michael Hess and Asha Wedemier-Allan be allowed to withdraw as counsel of record for Defendant Navy Federal Credit Union, and Kimberly A. Lopez and Amy E. Parette will substitute as counsel for Defendant Navy Federal Credit Union.