UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHRISTIAN MURAGE,<br>*PLAINTIFF*<br>V.<br><br>NAVY FEDERAL CREDIT UNION AND TRANSUNION<br>*DEFENDANTS* | CASE NO: 4:25-CV-01398-RWS |

[PROP.] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Before the Court is Plaintiff's Motion for Leave to File Amended Complaint (Dkt. No 32). The court, having considered the motion, any opposition, and the applicable law, finds that the motion should be GRANTED.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's Motion for Leave to File Amended Complaint (Dkt. No. 32) is GRANTED.
2. Plaintiff's Amended Complaint, which was attached to the Motion for leave to file, shall be considered filed on or before ______________________
3. Defendants' pending Motion for Judgment on the Pleadings (Dkt. No. 27) is DENIED AS MOOT, without prejudice to Defendants' right to re-urge any such motion directed to the Amended Complaint.
4. Defendants shall respond to the Amended Complaint in accordance with Federal Rule of Civil Procedure 15(a)(3).

SO ORDERED this ______ day of __________________, 2026

____________________________________________

UNITED STATES DISTRICT JUDGE