UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHRISTIAN MURAGE,<br>*PLAINTIFF*<br>*V.*<br><br>NAVY FEDERAL CREDIT UNION AND TRANSUNION<br>*DEFENDANTS* | CASE NO: 4:25-CV-01398-RWS |

FIRST AMENDED COMPLAINT

Plaintiff, complaining of the Defendants, alleges and says:

**PRELIMINARY STATEMENT**

1. This is an action for actual, statutory and punitive damages, costs and attorney's fees brought pursuant to 15 U.S.C. § 1681 *et seq*. (Federal Fair Credit Reporting Act),

**JURISDICTION AND VENUE**

2. The jurisdiction of this Court is conferred by 15 U.S.C. § 1681(p) and 28 U.S.C. § 1367.
3. Plaintiff Christian Murage is a natural person and resident of Denton County, Texas. He is a "consumer" as defined by the Fair Credit Reporting Act, 15 U.S.C. §1681a, (b) and (c).
4. Defendant Navy Federal Credit Union (NFCU or "Navy Fed") is a Virginia entity. They can be served at Navy Federal Credit Union. Attn: Legal Dept/Registered Agent, 820 Follin Lane SE, Vienna, VA 22180. Defendant NFCU is a "furnisher of information" to consumer reporting agencies within the meaning of the FCRA, 15 U.S.C. § 1681s-2 et seq.
5. Defendant TRANS UNION, LLC. (hereafter Trans Union) is a for-profit entity incorporated in Delaware and registered to do business in Texas, and it may be served through its registered agent, The Prentice-Hall Corporation System, 211 E. 7th Street, Suite 620, Austin, Texas 78701. Defendant is a "consumer reporting agency," as defined 15 U.S.C §1681a(f)

and engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. §1681a(d) to third parties. Defendant is a Credit Bureau as defined by Texas Finance Code § 392.001(4).

6. Upon information and belief, Transunion disburses such consumer reports to third parties under contract for monetary compensation.

**STATEMENT OF FACTS**

7. From January 2023 through July 31, 2024, Plaintiff Christian Murage lived in Houston, Texas. He was a student at University of Houston for the Spring of 2023 semester, and then he was working in Houston.
8. However, sometime in or around December 2023, Plaintiff learned that someone had taken out an account in his name – what appeared to be a credit card or personal loan – at Navy Federal Credit Union. Prior to this, he had no account at Navy Federal Credit Union and he had not taken out this account either.
9. Plaintiff made electronic disputes to all three credit bureaus as well as contacting Navy Federal Credit Union, explaining that this was not him.
10. The address for the Navy Federal Credit Union account was a Northern Texas town where he had lived – Little Elm – but it was not an address where he had ever resided. The address for this account was 14512 Richmond Circle, Little Elm, Texas 75068.
11. Plaintiff disputed this Richmond Circle address on his credit reports and the address was removed. Unfortunately, Navy Federal Credit Union verified his account (despite his disputes and proof of not living at this Richmond Circle address) and so the Navy Federal Credit Union account remained at first on all three credit reports.
12. Plaintiff filled out an FTC affidavit for identity theft and provided that initially to Navy Federal, but later this was provided with his written dispute to Experian and TransUnion as well.

13. In one of his telephone conversations with Navy Federal Credit Union, Plaintiff learned that two individuals had been added as "authorized users" to this Navy Fed account in his name. These individuals were Dylan Javaugn Bishop and Vincent Shearin.
14. Plaintiff could not believe that despite having the names of people who were using this account, Navy Fed would not take it off his credit reports.
15. Plaintiff filled out a police report on or about October 1, 2024 at the request of Navy Fed and he sent this to them. However, they persisted in verifying his account with them as accurate when he made disputes to the credit reporting agencies. This police report was later provided to the credit reporting agencies Experian and TransUnion.
16. The Navy Fed account had a different phone number then had ever been associated with Plaintiff; however, while he could get the phone number taken off his credit reports, Navy Fed persisted in verifying his account and so it remained on Experian and TranUnion.
17. By November 4, 2024, Plaintiff had provided a copy of his latest lease in Houston, which went through June 2024, to Navy Fed at their "security appeals" department. He provided copies of his drivers' license and the police report and asked, "What more do y'all want from me??" Navy Federal continued to verify the account opened by the identity thieves in Plaintiff's name, and with that false account, they provided the Richmond Circle address.
18. In or about November 18, 2024, when Navy Fed's "Security Appeals" department had again denied his claim, Plaintiff filed another appeal and provided the name and phone number of the detective in Little Elm who was handling the identity theft for him.
19. Navy Federal responded by saying it would be necessary to contact them by phone.
20. Plaintiff tried this, but still Navy Fed persisted in reporting this account that was allegedly his to the credit reporting agencies.
21. Eventually, Equifax took the Navy Fed account off his report, and then Experian. However Transunion kept reporting this wrong information.

22. Navy Fed, despite the abundance of evidence that this was identity theft, persisted in verifying this debt.
23. At first, the Navy Fed account was paid by the thieves – from December 2023 through March 2024. Then the account went unpaid and was eventually charged off. This was a big hit to Plaintiff, who was working hard to keep his credit strong.
24. As a young person, Plaintiff knew he had not had the time to build a long credit history, which is one factor in credit scores. However, he kept up his payments and at the time Navy Fed began reporting, had few to no derogatories on his account.
25. In August, as a result of the lack of payment on this ID theive's account at Navy Federal Credit Union, Navy Fed closed the credit line.
26. The impact to Plaintiff's credit was immediate. Experian reported that his credit rating went from Good to Poor and one version of his FICO score decreased by 190 points to 520!
27. In November, 2024 Plaintiff learned that his Wells Fargo BNA Card lowered his credit limit as a result of his FICO score being lowered.
28. Plaintiff persisted in disputing repeatedly but Navy Fed continued to verify.
29. January 2025, Plaintiff learned that American Express lowered his credit limit as a result of the reduction in his FICO Score.
30. The reduction of his credit lines caused further damage to his credit score, as it impacted his credit utilization ratio.
31. Plaintiff continued to see the impact of the Navy Fed reporting. He applied for and was denied a Citi Double Cash Card, a Discover Card, and an Apple Card.
32. Finally, Plaintiff reached out to attorneys for assistance. He received assistance in drafting a written dispute, which he sent along with a copy of his FTC Identity theft declaration and the police report to Experian and TransUnion. A true and correct copy of this written dispute and the documents he included is attached hereto as Exhibit "A".

33. With this final dispute, Experian finally quit reporting. However, TransUnion persisted and Navy Fed continued to verify the account.

34. Discover and American Express and Capital One all had gotten information from TransUnion in making their decisions regarding Plaintiff; and TransUnion was reporting the Navy Federal Credit Union charged-off loan.

35. Plaintiff has been seeking to move out to his own apartment and live on his own again but due to the actions of TransUnion and Navy Federal Credit Union, he has not been able to move on.

## COUNT I

## NEGLIGENT NONCOMPLIANCE WITH FCRA

## (against defendant TransUnion)

35. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 34 as if fully set forth herein.

36. TransUnion negligently failed to comply with the requirements of FCRA by:

    a. failing to comply with the requirements in 15 USC §1681e(b);
    b. failing to comply with the requirements in 15 USC §1681i;
    c. failing to comply with the requirements in 15 USC §1681b(a); and
    d. failing to comply with the requirements in 15 USC §1681g.

37. Plaintiff currently is unaware of all the facts of this case and may learn through discovery of other violations of the FCRA by these defendants. Plaintiff reserves the right to amend this complaint to add such violations as they become known.

38. As a result of defendants' failure to comply with the requirements of FCRA, plaintiff has suffered, and continues to suffer, actual damages including lost opportunity to receive credit, increased cost for credit, damage to reputation, invasion of privacy and emotional distress for which he seeks damages in an amount to be determined by the jury.

39. Plaintiff requests attorney fees pursuant to 15 USC §1681o(a).

**COUNT II**

**WILLFUL NONCOMPLIANCE WITH FCRA**

**(against TransUnion)**

40. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 34 as if fully set forth herein.

41. TransUnion willfully failed to comply with the requirements of FCRA by:

   a. failing to comply with the requirements in 15 USC §1681e(b);
   b. failing to comply with the requirements in 15 USC §1681i;
   c. failing to comply with the requirements in 15 USC §1681b(a); and
   d. failing to comply with the requirements in 15 USC §1681g.

42. Plaintiff currently is unaware of all the facts of this case and may learn through discovery of other violations of the FCRA by these defendants. Plaintiff reserves the right to amend this complaint to add such violations as they become known.

43. As a result of defendants' failure to comply with the requirements of FCRA, plaintiff has suffered, and continues to suffer, actual damages including lost opportunity to receive credit, increased cost for credit, damage to reputation, invasion of privacy and emotional distress for which he seeks damages in an amount to be determined by the jury. Plaintiff also seeks punitive damages in an amount to be determined by the jury.

44. Plaintiff requests attorney fees pursuant to 15 USC §1681n(a).

**CLAIM III**

**NEGLIGENT NONCOMPLIANCE WITH FCRA**

**(against Navy Federal Credit Union)**

45. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 34 as if fully set forth herein.

46. Navy Federal Credit Union received notice of Plaintiff's dispute from Plaintiff directly and from all three consumer reporting agencies and negligently failed to comply with the requirements of 15 USC §1681s-2(b).
47. As a result of Navy Federal Credit Union's failure to comply with the requirements of FCRA, Plaintiff has suffered, and continues to suffer, actual damages including lost opportunity to receive credit, increased cost for credit, damage to reputation, invasion of privacy and emotional distress for which he seeks damages in an amount to be determined by the jury.
48. Plaintiff requests attorney fees pursuant to 15 USC §1681o(a).

**CLAIM IV**

**WILLFUL NONCOMPLIANCE WITH FCRA**

**(against Navy Federal Credit Union)**

49. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 34 as if fully set forth herein.
50. Navy Federal Credit Union received notice of Plaintiff's dispute from Plaintiff directly and from all three consumer reporting agencies and willfully failed to comply with the requirements of 15 USC §1681s-2(b).
51. As a result of Navy Federal Credit Union's willful refusal to comply with the requirements of FCRA, Plaintiff has suffered, and continues to suffer, actual damages including lost opportunity to receive credit, increased cost for credit, damage to reputation, invasion of privacy and emotional distress for which he seeks damages in an amount to be determined by the jury as well as punitive damages.
52. Plaintiff requests attorney fees pursuant to 15 USC §1681o(a).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendants as follows:

A. Actual Damages;

B. Attorney Fees; and

C. Costs and expenses incurred in the action;

D. For the 2nd and 4th claims, exemplary or punitive damages;

E. An order requiring Defendants to correct their credit reporting and collections regarding Plaintiff's debt and to cease collection of the disputed amounts;

F. Such other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Amy Beth Clark, TX Bar No. 2404376
amy@cimentlawfirm.com
Ciment Law Firm, PLLC
221 Bella Katy, Dr.
Katy, Texas 77494
Ph: 210-294-9273
eService: cpfiling@cimentlawfirm.com

Daniel Ciment, TX Bar No. 24042581
daniel@cimentlawfirm.com
Ciment Law Firm, PLLC
4500 Mercantile Plaza Drive, Ste. 300
Fort Worth, TX 76137
Ph: 833-663-3289

Attorneys for Plaintiff, Christian Murage

# EXHIBIT A

TransUnion LLC
Consumer Discovery Center
P.O. Box 2000
Chester, PA 19022-2000

NAME: Christian Gatebu Murage

Address: 2705 Bahia Rio Dr, Little Elm TX 75068
DOB: 04/21/2002
S[redacted]-8194
TX DL: [redacted]

Dear Sir or Madam:

My attorney wrote this letter for me.

I wish to dispute the following item:

Navy Federal Credit Union account with showing an approximate balance of $549.

This is not my account. I have never had any affiliation with, borrowed any money from, or any course of dealings with Navy Federal which could be construed as an account. I do not owe Navy Federal anything!

Upon information and belief, I am the victim of identity theft or a merged file. I have included both a copy of the police report and a Federal Trade Commision Identity Theft Affidavit.

Navy Federal Credit Union is known or should be known to be an inherently unreliable source. A quick glance at PACER reveals 10 pages of lawsuits filed against them in Federal Court for violations of various consumer protection statutes.

I demand an immediate deletion of this account.

Pursuant to the Fair Credit Reporting Act, Please forward this dispute to the credit furnishers. If you are not going to forward them, please inform me so I may do so myself.

Respectfully By: Christian Murage

**Return Receipt Requested**

Sent by Certified Mail: 9505 5112 3716 5198 9025 84


Texas USA
DRIVER LICENSE
DRIVER LICENSE
Director:
UNDER 21 UNTIL 04/21/2023
4d. DL: [redacted]
9. Class: C
3. DOB: [redacted]02
4b. Exp: [redacted]028
4a. Iss: 02/08/2022
12. Rest: B
9a. End: NONE
1. MURAGE
2. CHRISTIAN GATEBU
8. 2705 BAHIA RIO DR
LITTLE ELM, TX 75068
[redacted]
16. Hgt: 6'-04"
15. Sex: M
18. Eyes: BRO
5. DD [redacted]


SOCIAL SECURITY
[redacted]
THIS NUMBER HAS BEEN ESTABLISHED FOR
CHRISTIAN IDATEBU MURAGE
SIGNATURE

FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
172972472

I am a victim of Identity theft. This is my official statement about the crime.

**Contact Information**

| First Name: | Last Name: |
|---|---|
| Christian | Murage |

| Address: | Phone: | Email: |
|---|---|---|
| USA | [redacted] | |

**Personal Statement**

I dont know who or how but someone opened a [illegible] it card in my name and I have been trying to dispute it for months since ai first saw it but its still showing up on my credit report

**Accounts Affected by the Crime**

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | Navy Federal | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 12/2023 | 12/2023 | $ 534 |

**Fraudulent Information on Credit Reports**

| | |
|---|---|
| **Accounts or Charges** | Yes, fraudulent accounts or charges appear on my credit report |
| **Personal Information** | **Names:** javaugn bishop, vincent shearin<br>**Addresses:** 14512 RICHMOND CIR LITTLE ELM, TX 75068-2724<br>**Phone numbers:** 469-906-0284 |

**Suspect Information**

| | |
|---|---|
| **Contact Information** | **Address:** 14512 RICHMOND CIR, Little Elm, TX 75068 USA<br>**Phone Number:** 4699060284 |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Christian Murage**
Christian Murage

**5/20/2024**
Date

**Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.**

LITTLE ELM
# POLICE
Voluntary Statement

Report Number: 24187469

I, Christian Murage, am neither under arrest for nor am I being detained for any criminal offense(s) concerning the events I am about to make known to ______________, a peace officer employed by the Little Elm Police Department. I volunteer the following information of my own free will, for whatever purposes it may serve.

Name: Christian Murage Date of Birth: April 21st, 2002
Home Address: 2705 Bahia Rio Dr
City: Little Elm State: TX Zip: 75065
Driver's License # or ID# [redacted] State: TX Email Address: chrmurage@gmail.com
Cell Phone: 469-996-

Employment Business Name: Unemployed
Employment Address: ______________
City: ______________ State: ______________ Zip: ______________
Work Phone: ______________

During November of 2023 unauthorized users somehow got a hold of my information and fraudulently opened a Navy Federal credit card under my name. I contacted experian and Navy federal to dispute this account and let them know I was a victim of Identity theft. I also filed an Identity theft form with the FTC.

After sometime the account was closed and I thought it was over. One of the instances when I was talking to someone at Navy Federal over the phone they told me the names of the people that put themselves as authorized users on the account and the address they sent the card to. The names are Dylan Javaugn Bishop and Vincent Shearin, the address they sent the card to is 14512 Richwood Cir in Little Elm Texas 75068.

A few months after getting the account removed from my credit report it came back and my credit score dropped by 200 points due to the late payments and spending exceeding the $500 credit limit. I'm not sure how they got ahold of my information because I was living in houston at the time...

I have read each page of this statement which consists of 2 page(s), where each page bears my signature and any corrections bear my initials. I certify that the facts contained herein are true and correct.

Dated at 6:17PM this 1st day of October, 2024.

Witness: [signature] #636
(Officer Taking Statement)

[signature]
Signature of person giving statement

Page 1 of 2 pages

LEPD-072 (Rev. 07/2018)

# LITTLE ELM POLICE

Case Number: 2115 2024

## Voluntary Statement (Not Under Arrest)

the account was opened and for a year before that.
Navy Federal Keeps denying my claims for some unkown reson.
This credit card account is the only account in my name with
a different billing address different phone number, and other authorized
users. I have never given anyone permission to open any kind
of credit card under my name. As far as this account I have
never had any access to it, I dont know the account numbers.
I dont know the login or anything else. Thats not showing up
on my credit Report.

CM CM CM CM

I have read each page of this statement which consists of 2 page(s), where each page bears my signature and any corrections bear my initials. I certify that the facts contained herein are true and correct.

Dated at 6:17 a.m./p.m., this 1st day of October, 2024.

[signature]
Signature of person giving statement

Witness: [signature] #636
(Officer Taking Statement)



LEPD-072b (Rev. 3/2016)

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

FROM: Christian Murage
2705 Bahia Rio Dr.
Little Elm TX, 75068

TO: TransUnion LLC
Consumer Discovery Center
P.O. Box 2000
Chester, PA ~~19022-2000~~ 2000
19016

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

EXPECTED DELIVERY DAY: 07/21/25

USPS TRACKING® #

9505 5112 3716 5198 9025 84

2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.