TransUnion LLC
Consumer Discovery Center
P.O. Box 2000
Chester, PA 19022-2000

NAME: Christian Gatebu Murage

Address: 2705 Bahia Rio Dr, Little Elm TX 75068
DOB: 04/21/2002
S[redacted]-8194
TX DL:[redacted]

Dear Sir or Madam:

My attorney wrote this letter for me.

I wish to dispute the following item:

Navy Federal Credit Union account with showing an approximate balance of $549.

This is not my account. I have never had any affiliation with, borrowed any money from, or any course of dealings with Navy Federal which could be construed as an account. I do not owe Navy Federal anything!

Upon information and belief, I am the victim of identity theft or a merged file. I have included both a copy of the police report and a Federal Trade Commision Identity Theft Affidavit.

Navy Federal Credit Union is known or should be known to be an inherently unreliable source. A quick glance at PACER reveals 10 pages of lawsuits filed against them in Federal Court for violations of various consumer protection statutes.

I demand an immediate deletion of this account.

Pursuant to the Fair Credit Reporting Act, Please forward this dispute to the credit furnishers. If you are not going to forward them, please inform me so I may do so myself.

Respectfully By: Christian Murage

**Return Receipt Requested**

Sent by Certified Mail: 9505 5112 3716 5198 9025 84


Texas USA
DRIVER LICENSE
DRIVER LICENSE
Director:
UNDER 21 UNTIL 04/21/2023
4d. DL: [redacted]
9. Class: C
3. DOB: [redacted]02
4b. Exp: [redacted]028
4a. Iss: 02/08/2022
12. Rest: B
9a. End: NONE
1. MURAGE
2. CHRISTIAN GATEBU
8. 2705 BAHIA RIO DR
LITTLE ELM, TX 75068
[redacted]
16. Hgt: 6'-04"
15. Sex: M
18. Eyes: BRO
5. DD [redacted]


OCIAL SECURITY
[redacted]
THIS NUMBER HAS BEEN ESTABLISHED FOR
CHRISTIAN IGATEBU MURAGE
SIGNATURE

FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
172972472

I am a victim of Identity theft. This is my official statement about the crime.

**Contact Information**

| First Name: | Last Name: | |
|---|---|---|
| Christian | Murage | |
| **Address:** | **Phone:** | **Email:** |
| USA | [redacted] | |

**Personal Statement**

I dont know who or how but someone opened a [illegible]it card in my name and I have been trying to dispute it for months since ai first saw it but its still showing up on my credit report

**Accounts Affected by the Crime**

| Credit Card Opened by the Thief | | |
|---|---|---|
| **Company or Organization:** | Navy Federal | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 12/2023 | 12/2023 | $ 534 |

**Fraudulent Information on Credit Reports**

| | |
|---|---|
| **Accounts or Charges** | Yes, fraudulent accounts or charges appear on my credit report |
| **Personal Information** | **Names:** javaugn bishop, vincent shearin<br>**Addresses:** 14512 RICHMOND CIR LITTLE ELM, TX 75068-2724<br>**Phone numbers:** 469-906-0284 |

**Suspect Information**

| | |
|---|---|
| **Contact Information** | **Address:** 14512 RICHMOND CIR, Little Elm, TX 75068 USA<br>**Phone Number:** 4699060284 |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

| | |
|---|---|
| **Christian Murage** | **5/20/2024** |
| Christian Murage | Date |

**Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.**

Report Number: 24187467

# LITTLE ELM POLICE

## Voluntary Statement

I, Christian Murage, am neither under arrest for nor am I being detained for any criminal offense(s) concerning the events I am about to make known to ______________, a peace officer employed by the Little Elm Police Department. I volunteer the following information of my own free will, for whatever purposes it may serve.

Name: Christian Murage Date of Birth: April 21st, 2002

Home Address: 2705 Bahia Rio Dr

City: Little Elm State: TX Zip: 75065

Driver's License # or ID# [redacted] State: TX Email Address: chrmurage@gmail.com

Cell Phone: 469-996-[redacted]

Employment Business Name: Unemployed

Employment Address: ______________

City: ______________ State: ______________ Zip: ______________

Work Phone: ______________

During November of 2023 unauthorized users somehow got
a hold of my information and fraudelently opened a Navy Federal
credit card under my name. I contacted experian and Navy Federal
to dispute this account and let them know I was a victim of
Identity theft. I also filed an Identity theft form with the FTC.

After sometime the account was closed and I thought it was
over. One of the instances when I was talking to someone at Navy
Federal over the phone they told me the names of the people that
put themselves as authorized users on the account and the address
they sent the card to. The names are Dylan Javaugn Bishop and Vincent
Shearin, the address they sent the card to is 14512 Richwood Cir
in Little Elm Texas 75068.

A few months after getting the account removed from my credit report it
came back and my credit score dropped by 200 points due to the
late payments and spending exceeding the $500 credit limit. I'm not sure how
they got ahold of my information because I was living in houston at the time...

I have read each page of this statement which consists of 2 page(s), where each page bears my signature and any corrections bear my initials. I certify that the facts contained herein are true and correct.

Dated at 6:17PM this 1st day of October, 2024.

Witness: [signature] #636
(Officer Taking Statement)

[signature]
Signature of person giving statement

Page 1 of 2 pages

LEPD-072 (Rev. 07/2018)

# LITTLE ELM POLICE

Case Number: [illegible]

## Voluntary Statement (Not Under Arrest)

the account was opened and for a year before that.
Navy Federal Keeps Denying my claims for some unkown reason.
This credit card account is the only account in my name with
a different billing address, different phone number, and other authorized
users. I have never given anyone permission to open any kind
of credit card under my name. As far as this account I have
never had any access to it, I don't know the account numbers.
I don't know the login or anything else. that's not showing up
on my credit Reports.

CM

CM CM

CM

I have read each page of this statement which consists of 2 page(s), where each page bears my signature and any corrections bear my initials. I certify that the facts contained herein are true and correct.

Dated at 6:17 a.m./p.m., this 1st day of October, 2024.

[signature]
Signature of person giving statement

Witness: [signature] #634
(Officer Taking Statement)

Page 2 of 2 pages

LEPD-072b (Rev. 3/2016)

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FROM: Christian Murage
2705 Bahia Rio Dr.
Little Elm TX, 75068

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

TO: TransUnion LLC
Consumer Discovery Center
P.O. Box 2000
Chester, PA ~~19022-2000~~
19016

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

EXPECTED DELIVERY DAY: 07/21/25

USPS TRACKING® #

9505 5112 3716 5198 9025 84

2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

This package is made from post-consumer waste. **Please recycle - again.**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.