**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN MURAGE, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:25-CV-01398-RWS |
| NAVY FEDERAL CREDIT UNION and TRANS UNION, LLC., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is Defendant, Navy Federal Credit Union's Unopposed Motion for Withdrawal and Substitution of Counsel. Docket No. 30. Defendant represents it is currently represented by Kimberly A. Lopez who joined Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson"). *Id.* at 1. Defendant requests that Baker Donelson be substituted in place of Akerman LLP to represent it in the above-styled and numbered case. *Id.* Defendant further requests that Michael Hess and Asha Wedemier-Allan be withdrawn as counsel of record for Defendant. *Id.* Finally, Defendant requests that Amy E. Parette of Baker Donelson be substituted as additional counsel of record. *Id.*

Asha Wedemier-Allan is not currently listed as counsel of record for Defendant. Additionally, Amy E. Parette is currently listed as lead attorney and counsel of record. After review, and because it is unopposed, the motion (Docket No. 30) is **GRANTED**. Accordingly, it is

**ORDERED** that Michael Hess of Akerman LLP is **WITHDRAWN** as counsel for Defendant in the above-captioned action. The Clerk of Court is directed to **TERMINATE** all CM/ECF notifications to Michael Hess. It is further

**ORDERED** that Kimberly A. Lopez and Amy E. Parette of Baker Donelson are **SUBSTITUTED** as counsel for Defendant. The Clerk of Court is directed to designate Kimberly A. Lopez as lead attorney in the above-captioned matter. It is further

**ORDERED** that all further notices and copies of pleadings, papers, and other material relevant to Defendant in the above-captioned matter should be directed to and served upon Kimberly A. Lopez and Amy E. Parette. It is further

**ORDERED** that Defendant's motion (Docket No. 29) is **DENIED-AS-MOOT**.[1]

**So ORDERED and SIGNED this 22nd day of September, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

[1] Defendant's previous motion (Docket No. 29) is substantively identical to its previous motion (Docket No. 30); however, the previous motion (Docket No. 29) was deficient as it did not include a certificate of conference.