UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHRISTIAN MURAGE,<br>*PLAINTIFF*<br>V.<br><br>NAVY FEDERAL CREDIT UNION AND TRANSUNION<br>*DEFENDANTS* | CASE NO: 4:25-CV-01398-RWS |

# PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS OUT OF TIME

COMES NOW Plaintiff Christian Murage, by and through the undersigned counsel, and respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) , for leave to file his Response to Defendant Trans Union's Motion for Judgment on the Pleadings approximately 2-2.5 hours after the September 24, 2026 response deadline.

Plaintiff's response was due on September 24, 2026, but will be filed around 2:00 a.m. on September 25, 2026 due to Plaintiff's attorney of record, Amy Beth Clark, having been delayed this week due to spending time taking a family member to the hospital all day on Tuesday September 22, 2026 and to a follow up appointment today that ended up taking her out of the office for approximately four hours.

No prejudice will result to any party from this minimal delay.

Plaintiff's counsel did not conference with the counsel for either Defendant in this case as it is currently 1:41 a.m. and that seemed inappropriate to contact anyone

//

//

//

at such a time.

Respectfully submitted,

______________________________

Amy Beth Clark, TX Bar No. 2404376
amy@cimentlawfirm.com
Ciment Law Firm, PLLC
221 Bella Katy, Dr.
Katy, Texas 77494
Ph: 210-294-9273
eService: cpfiling@cimentlawfirm.com

Daniel Ciment, TX Bar No. 24042581
daniel@cimentlawfirm.com
Ciment Law Firm, PLLC
4500 Mercantile Plaza Drive, Ste. 300
Fort Worth, TX 76137
Ph: 833-663-3289

Attorneys for Plaintiff, Christian Murage

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all parties through their counsel of record on September 25, 2026 through the ECF filing procedure.

__/s/ *Amy Beth Clark*___
Amy Beth Clark