UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHRISTIAN MURAGE,<br>*PLAINTIFF*<br>V.<br><br>NAVY FEDERAL CREDIT UNION AND TRANSUNION<br>*DEFENDANTS* | CASE NO: 4:25-CV-01398-RWS |

[PROP.} ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS OUT OF TIME

Before the Court is Plaintiff's Motion for leave to file his Response to Defendant Trans Union's Motion for Judgment on the Pleadings Out of Time.

The court having considered the motion, any opposition, and the applicable law, finds that the motion should be GRANTED.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's Motion for leave to file a response to Defendant's Motion for Judgment on the Pleadings out of time will be granted; and
2. Plaintiff's Response to the Motion for Judgment on the Pleadings will be considered despite being filed 2-2.5 hours late on September 25,2026.

SO ORDRED this _________ day of __________________ , 2026.

_______________________________________

UNITED STATES DISTRICT JUDGE