**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN MURAGE,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION and TRANSUNION,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:25-cv-01398-RWS |

**ORDER GRANTING DEFENDANT TRANS UNION LLC'S**
**MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

This matter is before the Court on Defendant Trans Union LLC's Motion to Dismiss Plaintiff's First Amended Complaint and Memorandum in Support ("Motion"). Having considered the Motion, the Court finds the Motion should be granted.

IT IS ORDERED that Trans Union's Motion to Dismiss Plaintiff's First Amended Complaint be, and hereby is, GRANTED in its entirety, and it is further,

ORDERED that Plaintiff's claims against Defendant Trans Union LLC are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).