**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN MURAGE,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION and TRANSUNION,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:25-cv-01398-RWS |

**ORDER GRANTING DEFENDANT TRANS UNION LLC'S**
**MOTION TO STAY ACTION**

This matter is before the Court on Defendant Trans Union LLC's Motion to Stay Action Pending Ruling on its Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Rule 12(b)(6).

The Court has considered the motion, and it is:

ORDERED AND ADJUDGED that the Motion is GRANTED. This case is hereby stayed pending a decision on Defendant Trans Union LLC's Motion to Dismiss Plaintiff's First Amended Complaint.