UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHRISTIAN MURAGE,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION and TRANS UNION, LLC,<br><br>Defendants. | CIVIL ACTION NO.<br><br>4:25-CV-01398-RWS |

[PROP.] ORDER GRANTING PLAINTIFF'S AGREED MOTION TO AMEND THE DOCKET CONTROL ORDER

Before the Court is Plaintiff's Agreed Motion to Amend the Docket Control Order. The court, having considered the agreed motion and the applicable law, finds that the motion should be GRANTED:

The Amended docket control order is as follows: (see following page)

| | Original date | Requested continued date |
|---|---|---|
| Discovery Deadline | October 13, 2026 | December 12, 2026 |
| Parties identify Trial witnesses; Amend Pleadings | October 27, 2026 | December 23, 2026 |
| Parties to Identify Rebuttal Trial Witnesses | November 3, 2026 | January 2, 2027 |
| Remaining Dispositive motions due as well as all motions requiring a hearing | November 10, 2026 | January 9, 2027 |
| Exchange PreTrial Disclosures | November 24, 2026 | January 23, 2027 |
| Exchange rebuttal designations and obj. to deposition testimony | December 8, 2026 | February 7, 2027 |
| Notice of Request for Daily Transcript or Real Time reporting of court proceedings due. | December 8, 2026 | February 7, 2027 |
| Exchange objections to rebuttal deposition testimony | December 15, 2026 | February 14, 2027 |
| File Joint Final Pretrial order, joint proposed jury instructions and form of verdict | December 22, 2026 | February 21, 2027 |
| File motions in Limine and pretrial objections | December 22, 2026 | February 21, 2027 |
| File responses to Motions in Limine | December 29, 2026 | February 28, 2027 |
| File Notice of Time requested for (1) Voir Dire, (2) opening statements, (3) direct and cross | December 29, 2026 | February 28, 2027 |

| | | |
|---|---|---|
| examinations, and (4) closing arguments. | | |
| 10:00 a.m. Pretrial conference before Judge Robert W. Schroeder III. | January 5, 2027 | March 4, 2027 |
| 9:00 a.m. Jury Selection before Judge Robert W. Schroeder III | January 11, 2027 | March 10, 2027 |
| 9:00 a.m. Jury Trial before Judge Robert W. Schroeder III | January 11, 2027 | March 10, 2027 |