**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN MURAGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-1398-RWS |
| | § | |
| NAVY FEDERAL CREDIT UNION, et al, | § | |
| | § | |
| Defendant. | § | |

**FIRST AMENDED DOCKET CONTROL ORDER**

Before the Court is the parties' Agreed Motion to Amend the Docket Control Order. Docket No. 41. The motion requests a 60-day continuance of discovery and dispositive motion deadlines. *Id.* The parties represent that due to scheduling there are 30(b)(6) depositions that are set for November 19. *Id.* at 2. Additionally, the parties represent that they are currently discussing settlement and mediation. *Id.* at 1. The Court finds that the parties' motion (Docket No. 41) should be **GRANTED**. Accordingly, it is

**ORDERED** that the deadline for the parties to complete mediation is extended to **December 21, 2026**. It is further

**ORDERED** that the following schedule of deadlines is in effect until further order of the Court:

| **Current Date** | **Amended Date** | **Event** |
|---|---|---|
| January 11, 2027 | March 8, 2027 | **9:00 a.m. JURY TRIAL before Judge Robert W. Schroeder III, Sherman, Texas.** |
| January 11, 2027 | March 8, 2027 | *Jury Selection – 9:00 a.m. in **Sherman, Texas** |
| 7 days before Jury | | *Defendant to disclose final invalidity theories, final prior art |

| | | |
|---|---|---|
| Selection | | references/combinations, and final equitable defenses.[1] |
| January 5, 2027 | March 2, 2027 | *Pretrial Conference – 10:00 a.m. in **Texarkana, Texas** before Judge Robert W. Schroeder III. |
| December 29, 2026 | February 28, 2027 | File Notice of Time requested for (1) Voir Dire, (2)opening statements, (3) direct and cross examinations, and (4) closing arguments. |
| December 29, 2026 | February 28, 2027 | File responses to Motions in Limine |
| December 22, 2026 | February 21, 2027 | File motions in Limine and pretrial objections |
| December 22, 2026 | February 21, 2027 | File Joint Final Pretrial order, joint proposed jury instructions and form of verdict |
| December 15, 2026 | February 14, 2027 | Exchange objections to rebuttal deposition testimony |
| December 8, 2026 | February 7, 2027 | Notice of Request for Daily Transcript or Real Time reporting of court proceedings due. |
| December 8, 2026 | February 7, 2027 | Exchange rebuttal designations and obj. to deposition testimony |
| November 24, 2026 | January 23, 2027 | Exchange PreTrial Disclosures |
| November 10, 2026 | January 9, 2027 | Remaining Dispositive motions due as well as all motions requiring a hearing |
| November 3, 2026 | January 2, 2027 | Parties to Identify Rebuttal Trial Witnesses |
| October 27, 2026 | December 23, 2026 | Parties identify Trial witnesses; Amend Pleadings |
| March 6, 2026 | December 21, 2026 | Mediation Deadline<br>If the parties agree to mediate, they shall **jointly file a motion with a proposed order attached.** The motion shall indicate whether the parties agree upon a mediator and shall |

[1] The proposed DCO shall include this specific deadline. The deadline shall read, "7 days before Jury Selection," and shall not include a specific date.

| | | |
|---|---|---|
| | | include a mediation deadline. The parties shall confirm the mediator's availability in light of the proposed deadline. If the parties cannot agree on a mediator, they may request the Court appoint a mediator. If the parties do not agree to mediate, they shall file a notice so indicating. |
| October 13, 2026 | December 12, 2026 | Discovery Deadline |

**(*) indicates a deadline that cannot be changed without an acceptable showing of good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.**

**So ORDERED and SIGNED this 23rd day of October, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE