**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **CHRISTIAN MURAGE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-01398-RWS** |
| | § | |
| **NAVY FEDERAL CREDIT UNION and TRANS UNION, LLC,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT AS TO NAVY FEDERAL CREDIT UNION ONLY**

Plaintiff, Christian Murage, and Defendant, Navy Federal Credit Union ("Navy Federal," and together with Plaintiff, the "Parties"), pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to the Court, jointly provide notice to the Court that the matters in controversy between them have been settled in principle. Considering the settlement between Plaintiff and Navy Federal, the Parties respectfully request that the Court stay any deadlines as to Navy Federal for a period of 45 days.[1]

Date: November 23, 2026

Respectfully submitted,

By: /s/ Amy Beth Clark (with express permission for electronic signature)
**Amy Beth Clark**
Texas Bar No. 24043761
amy@cimentlawfirm.com
**Ciment Law Firm, PLLC**
221 Bella Katy Drive

By: /s/ Kimberly A. Lopez
**Kimberly A. Lopez**
Florida Bar No.: 59215
Primary: klopez@bakerdonelson.com
Secondary: swohl@bakerdonelson.com
**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
200 S. Orange Avenue, Suite 2050

[1] While the Order provides for a reasonable period, up to 30 days, the Parties are requesting 45 days due to the agreed upon terms and the intermittent Thanksgiving holiday that likely will cause some delay in completing the execution of a settlement agreement. Thus, good cause exists for the granting of a 45-day stay as to Navy Federal.

Katy, Texas 77494
Phone: (833) 663-3289
eService: cpfiling@cimentlawfirm.com

**Daniel Ciment**
Texas Bar No. 24042581
daniel@cimentlawfirm.com
**Ciment Law Firm, PLLC**
4500 Mercantile Plaza Drive, Suite 300
Fort Worth, Texas 76137
Phone: (833) 663-3289
**ATTORNEYS FOR PLAINTIFF CHRISTIAN MURAGE**

Orlando, Florida 32801
Phone: (407) 367-5452
**Amy E. Parette**
Texas Bar No. 24121044
Federal ID No. 3708963
Email: aparette@bakerdonelson.com
**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
1301 McKinney St., Suite 3700
Houston, Texas 77010
Phone: (713) 286-7164
**ATTORNEYS FOR DEFENDANT NAVY FEDERAL CREDIT UNION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 23, 2026, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served on all counsel of record via the Court's ECF E-Filing System.

*/s/ Kimberly A. Lopez*
Kimberly A. Lopez



4924-0153-7764