**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN MURAGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-01398-RWS |
| | § | |
| NAVY FEDERAL CREDIT UNION and TRANSUNION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff Christian Murage, and Defendant, Navy Federal Credit Union's Joint Motion to Stay all Deadlines and Notice of Settlement as to Navy Federal Credit Union Only. Docket No. 45. The parties represent that they have settled in principle and request a 45-day stay. *Id.* After review, and because it is joint, the motion (Docket No. 45) is **GRANTED.** Accordingly, it is

**ORDERED** that this case and all deadlines in the case are **STAYED** for forty-five (45) days so that the appropriate dismissal papers may be filed. If the parties have not filed dismissal papers before the expiration of the stay, the parties shall meet and confer and file a joint status update. This Order does not affect Plaintiff's other claims against Defendants.

**So ORDERED and SIGNED this 24th day of November, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE